# Court of Appeals
# of the State of Georgia

ATLANTA,___June 13, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1931.  HYO EUN PARK et al. v. GREGORY BRYANT.**

Defendant Gregory Bryant appealed to the Supreme Court, and the appeal was docketed on May 21, 2013 as S13A1358. The plaintiffs subsequently filed a motion to dismiss the appeal, which the trial court denied.  The plaintiffs filed a renewed motion to dismiss, which the trial court likewise denied. The plaintiffs then appealed to this Court.

Because the underlying appeal is currently pending in the Supreme Court – and in the interest judicial economy – this direct appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_06/13/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*